IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DANIEL HARRIS | * | |
| KATHERINE HARRIS | * | |
| Plaintiffs | * | |
| vs. | * | CIVIL NO. WMN-00-~~2985~~ 3429 |
| RICHARD J. OLSON | * | |
| MARION E. WEBBER | * | |
| Defendants | * | |

\* \* \* \* \* \*

ORDER

Plaintiffs having failed to serve the summons and complaint upon the above named defendants within 120 days after the filing of the complaint, it is, this 26th day of March 2001,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_William M. Nickerson_
William M. Nickerson
United States District Judge

U.S. District Court (Rev. 1/2000)