### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**DANIEL AND KATHERINE HARRIS**

    Plaintiffs : **Civil No.:WMN-00-3429**

v. :

**RICHARD J. OLSON AND MARION E. WEBBER**

    Defendants :

### LINE

Please mark this case as settled and dismiss without prejudice.

BERMAN, SOBIN, & GROSS

Kenneth M. Berman, Esq.
Federal Bar #: 8529
481 N. Frederick Ave., Suite 300
Gaithersburg, MD 20877
(301) 670-7030

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___6___ day of April, 2001, a copy of the foregoing Line to the United States District Court was placed in the United States Mail, postage prepaid and addressed as follows:

**William Shecter
P.O. Box 10125
Fairfax, VA 22030**

**BERMAN, SOBIN & GROSS**

Kenneth M. Berman, Esquire
481 N. Frederick Ave., Suite 300
Gaithersburg, MD 20877
(301) 670-7030
Attorney for Plaintiffs

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 N. FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DANIEL AND KATHERINE HARRIS** | : |
| Plaintiffs | : Civil No.:WMN-00-3429 |
| v. | : |
| **RICHARD J. OLSON AND MARION E. WEBBER** | : |
| Defendants | : |

### ORDER

UPON CONSIDERATION of the Plaintiff's Line, it is hereby this _____ day of _____, 2001;

**ORDERED** that the instant case be marked as settled and be dismissed without prejudice.

Judge for the United States District Court

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
45 NORTH FREDERICK AVE
GAITHERSBURG, MD 20877
(301) 670-7030